UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER LARA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES POLLOCK, et al.,<br><br>　　　　Defendants. | Case No.  2:23-cv-10559-DSF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the October 18, 2024 Superseding Report and Recommendation.

　　　IT IS HEREBY ORDERED:  (1) The City of San Fernando's Motion to Dismiss the Complaint is granted; (2) The Complaint and this action are dismissed without prejudice and without leave to amend; and (3) The Clerk shall enter Judgment accordingly.

　　　IT IS SO ORDERED

DATED: December 13, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE