JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER LARA, | Case No. 2:23-cv-10559-DSF-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| JAMES POLLOCK, et al., | |
| Defendants. | |

In accordance with the concurrently issued Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the City of San Fernando's Motion to Dismiss the Complaint is granted and that the Complaint and this action are dismissed without prejudice and without leave to amend.

IT IS SO ADJUDGED.

DATED: December 13, 2024

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE